# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **07 - CV - 00039** *BnB*

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

JAN 8 - 2007

GREGORY C. LANGHAM
CLERK

VERNON JAGO,

     Applicant,

v.

JOSEPH ORTIZ, Executive Director of The Dept. Of Corrections,

     Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    __    is not submitted
(2)    _    is missing affidavit
(3)    X    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not current</u>.)

Dockets.Justia.com

(4)    __    is missing required financial information
(5)    __    is missing an original signature by the prisoner
(6)    __    is not on proper form (must use the court's current form)
(7)    __    names in caption do not match names in caption of complaint, petition or
              habeas application
(8)    __    An original and a copy have not been received by the court.
              Only an original has been received.
(9)    __    other _____

**Complaint, Petition or Application**:
(10)   __    is not submitted
(11)   __    is not on proper form (must use the court's current form)
(12)   __    is missing an original signature by the prisoner
(13)   __    is missing page nos. ___
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    An original and a copy have not been received by the court.  Only an
              original has been received.
(16)   __    Sufficient copies to serve each defendant/respondent have not been
              received by the court.
(17)   __    names in caption do not match names in text
(18)   __    other _____

Accordingly, it is

        ORDERED that the clerk of the court commence a civil action in this matter.  It is

        FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Applicant

files in response to this order must include the civil action number on this order.  It is

        FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this 4th day of January _____, 2007.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 07 - CV - 00039

Vernon Jago
Reg. No. 112474
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on___1-8-07___

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk